# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: LORI ANN DIFABIO<br>　　　　　*Debtor* | MISCELLANEOUS<br>ACTION<br>NO. 21-0057 |

## ORDER

AND NOW, this 30th day of August, 2021, upon consideration of the Motion of Brook E. Holford for Withdrawal of Reference Pursuant to 28 U.S.C. § 157(d) (ECF 1), and Debtor Lori Ann DiFabio's response in opposition (ECF 6-1), it is **ORDERED** that Holford's motion is **DENIED**.

It is **FURTHER ORDERED** that Holford's Motion (ECF 2) seeking a stay of proceedings pertaining to her pending resolution of her motion for withdrawal of reference is **DENIED** as moot.

The Clerk of Court shall close this miscellaneous action.[1]

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] This Order does not close Lori Ann DiFabio's Chapter 11 bankruptcy petition pending in the United States Bankruptcy Court for the Eastern District of Pennsylvania. *In re Lori Ann DiFabio* (E.D. Pa. Bankr. No. 21-11278).